1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   kaminskid@cmtlaw.com
2  STEPHEN A. WATKINS, (SBN#205175)
   watkinss@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant
   REDLINE RECOVERY SERVICES, LLC
7

8              UNITED STATES DISTRICT COURT

9        FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 MIRIAM DYER,                    )  Case No.: CV11-00322-RSWL (Jcx)
                    Plaintiff,     )
12                                 )  Judge Ronald S.W. Lew
           v.                      )  Magistrate Judge Jacqueline Chooljian
13                                 )
   REDLINE RECOVERY               )  **NOTICE OF SETTLEMENT OF**
14 SERVICES, LLC,                  )  **THE ENTIRE ACTION**
                                   )
15              Defendant.         )
                                   )
16                                 )
                                   )
17                                 )
                                   )
18                                 )

19

20      TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO

21 THEIR RESPECTIVE COUNSEL OF RECORD:

22      **PLEASE TAKE NOTICE** that Plaintiff MIRIAM DYER and

23 Defendant REDLINE RECOVERY SERVICES, LLC have settled the above-

24 entitled matter in its entirety.  The parties anticipate that they will complete the

25 settlement, and that the parties will file a Stipulation Re: Dismissal, with prejudice,

26 as to the entire lawsuit, pursuant to FRCP 41(a)(1), no later than 45 days from the

27 date of this Notice.

28      / / /

                                    1

1    The parties request that the Court take off calendar all future hearing

2  dates in this matter.

3

4    DATED:  June 13, 2011          CARLSON & MESSER LLP

5

6                                   By /s/David J. Kaminski
                                    David J. Kaminski
7                                   Stephen A. Watkins
                                    Attorneys for Defendant,
8                                   REDLINE RECOVERY SERVICES,
                                    LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

2