DAVID J. KAMINSKI, ESQ., (SBN #128509)
kaminskid@cmtlaw.com
STEPHEN A. WATKINS, (SBN#205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
REDLINE RECOVERY SERVICES, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM DYER,<br>Plaintiff,<br>v.<br>REDLINE RECOVERY SERVICES, LLC,<br>Defendant. | Case No.: CV11-00322-RSWL (Jcx)<br><br>Judge Ronald S.W. Lew<br>Magistrate Judge Jacqueline Chooljian<br><br>**NOTICE OF SETTLEMENT OF THE ENTIRE ACTION** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff MIRIAM DYER and Defendant REDLINE RECOVERY SERVICES, LLC have settled the above-entitled matter in its entirety. The parties anticipate that they will complete the settlement, and that the parties will file a Stipulation Re: Dismissal, with prejudice, as to the entire lawsuit, pursuant to FRCP 41(a)(1), no later than 45 days from the date of this Notice.

/ / /

The parties request that the Court take off calendar all future hearing dates in this matter.

DATED: June 13, 2011        CARLSON & MESSER LLP


By /s/David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
REDLINE RECOVERY SERVICES, LLC

06615/175262                    NOTICE OF SETTLEMENT